UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X
In re:                                                                                          Chapter 7
                                                                                                      Case No.:  17-77725-las
Mi Kyung Ho

                                          Debtor(s).
---------------------------------------------------------X
STIPULATION AND ORDER EXTENDING TIME TO OBJECT TO THE DEBTOR'S DISCHARGE AND DISCHARGEABILITY OF ALL OF THE DEBTS AS WELL AS TIME TO OBJECT UNDER BANKRUPTCY CODE SECTION 707(b)

      WHEREAS, this case was commenced by the debtor(s) filing of a voluntary chapter 7 Petition with this Court on December 13, 2017; and

      WHEREAS, Richard L. Stern is the appointed and acting trustee in the debtor(s) case.

      WHEREAS, the trustee has requested, and the Debtor(s) agree(s) to an extension of time in this case, for the trustee to object to discharge or dischargeability, and/or to dismiss this case under Code Section 707(b).

      NOW, THEREFORE, IT IS HEREBY stipulated, consented to, and agreed that the last day for the Trustee to object to the debtor's discharge or dischargeability of any of the debtor's debts, and the last day to dismiss this case under Bankruptcy Code Section 707(b), all shall be and hereby is extended through and including May 15, 2018 without prejudice and that the debtor shall cooperate in all regards with the examination of the trustee and his professionals.

Dated:

                                          By: _____/s/ Richard L. Stern_____
                                                Richard L. Stern, Trustee
                                                c/o Macco & Stern, LLP
                                                2905 Express Drive South suite 109
                                                Islandia, NY 11749
                                                (631) 549-7900

                                                Dated:
                                                By: ____/s/ Do Kyung Kim_____
                                                Attorney for the Debtor
                                                Do Kyung Kim, Esq.

SO ORDERED.

**Dated: March 20, 2018**                                                                                                  **Louis A. Scarcella**
      **Central Islip, New York**                                                                                   **United States Bankruptcy Judge**